446 F.2d 1401
 UNITED STATES of America, Plaintiff-Appellee,
v.
Ollie WILLIAMS, Defendant-Appellant.
 No. 71-1799 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 7, 1971.
 
 Appeal from the United States District Court for the Southern District of Mississippi; William Harold Cox, Judge.
 Eddie H. Tucker, Jackson, Miss. (Court-appointed), for defendant-appellant.
 Robert E. Hauberg, U. S. Atty., E. Donald Strange, Daniel E. Lynn, Asst. U. S. Attys., Jackson, Miss., for plaintiff-appellee.
 Before BELL, AINSWORTH and GODGOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966